**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FILED - GR
December 18, 2023 1:51 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: KB / 12/19

MR. DERRICK LEE CARDELLO-SMITH #267009,
PARALEGAL-LEGAL ASSISTANT-LEGAL WRITER,
WRONGFULLY CONVICTED PRISONER,
PROBABLE CAUSE CONFERENCE LITIGATOR,
PATRICIA LEE THOMPSON, Wayne County Citizen, Taxpayer,
ON BEHALF OF INTERESTED CITIZENS AND TAXPAYERS OF WAYNE COUNTY,
FOR ALL SIMILARLY EFFECTED TAXPAYERS AND CITIZENS
    Plaintiffs,

Case No:_____ **1:23-cv-1314**

Hon:_____ Robert J. Jonker
U.S. District Judge

MAG:___

-Vs-

PUBLIC INTEGRITY UNIT, Wayne County Prosecutors Office,
JOSEPH P. JANSEN (P48906), Public Integrity Unit Officer,
WAYNE COUNTY BUDGET & MANAGEMENT DIVISION,
MANAGEMENT & BUDGET DIVISION OF WAYNE COUNTY,
SPECIAL OPERATIONS DIVISION OF WAYNE COUNTY,
WAYNE COUNTY Sheriff's DEPARTMENT JAIL TRANSPORTATION STAFF
WAYNE COUNTY SHERIFFS DEPARTMENT JAIL HOUSING ADMINISTRATOR,-
WARREN C. EVANS, Executive of Wayne County
WAYNE COUNTY CORPORATION COUNSEL,
KRISTOFFER BUTLER, Wayne County Corporation Counsel,
PATRICIA PENMAN, Wayne County Sheriff's Deputy,
PATRICIA PENMAN, Dearborn Height, Dearborn Police Officer,
PATRICIA PENMAN, Lead Investigator, Public Integrity Unit,
PATRICIA PENMAN, Investigator for Wayne County Prosecutors Office,
PATRICIA PENMAN, Coconspirator with Carli Carpenter,
PATRICIA PENMAN, Payee of Money to Carli Carpenter for False Testimony,
CARLI BOIKE DIPIOLA-CARPENTER, Coconspirator,-
CARLI CARPENTER, Coconspirator with Patricia Penman,-5615 Fairgrove Road,
CARLI CARPENTER, Recipient of Public Funds for False Rape Testimony,
KYM L. WORTHY (P38875), Wayne County Prosecutor,
KIM (KYM) L. Worthy (P38875), Director of the Public Integrity Unit,
DEYANA UNIS (P91361), Assistant Wayne County Prosecutors Office Representative-Agent,
DEYANA UNIS (P81361) Assistant United States Attorney,
    Defendants,
_____/

(1)

**COMPLAINT FOR CIVIL ACTION AND CRIMINAL ACTION FOR VIOLATIONS OF UNITED STATES CODE @ 18 USC 371 AND 18 USC @ 31 SEC 641 AND PENAL CODE 424 THROUGH JOINT CONSPIRACY BY DEFENDANTS INDIVIDUALLY & JOINTLY TO MISAPPROPRIATE PUBLIC FUNDS THROUGH A CONSPIRACY AND THROUGH A CRIMINAL ENTERPRISE AND FOR THE CONTINUED PURPOSE OF USING THEIR OFFICE AND LEGAL AUTHORITY TO OBTAIN TAXPAYER DOLLARS & FILTER SAID MONEYS THROUGH THE CRIMINAL JUSTICE SYSTEM IN A VAST ENTERPRISE TO SECURE ALL INVESTIGATIONS & TO STOP ALL ALLEGATIONS OF POLICE MISCONDUCT INTO SAID BAD ACTS**

Now comes the Plaintiffs Derrick Lee Cardello-Smith, #267009, Paralegal-Legal Assistant-Legal Writer-Probable Cause Conference Litigator-Wrongfully Convicted Prisoner, Citizen, Former Taxpayer, Wayne County Resident, and Patricia Lee Thompson, Citizen, Taxpayer, Wayne County Resident, on Behalf of the Citizens of Wayne County, and Taxpayers of Wayne County, and all those Similarly Situated and hereby brings this Civil and Criminal Complaint against the Named Defendants Individually and Jointly and makes the Claims that the Defendants have Violated very specific Civil and Criminal Elements of the United States Codes and Penal Codes in the Furtherance and Sole Purpose of Securing Funds and Misappropriating Public Funds that for their own personal gain, personal interests and the Interests of Their Own Gain and to Result in the Illegal, WRONGFUL INVESTIGATION AND VIOLATION OF THE PLAINTIFFS RIGHTS of This Plaintiff and Other Similarly Situated Plaintiffs that have been the victims of the Defendants actions where the acts described within the Brief in Support of the Complaint detail and are detailed and specifically used by the Defendants to operate and continue their criminal enterprise for the sole purpose of being able to Prosecute Innocent Citizens and Then Get the Investigation Stopped upon proof of the said corruption being founds and maintained by stopping said investigation into said illegal police misconduct.

Plaintiffs will detail said documents in the forthcoming Brief in Support of the Complaint.

Respectfully Yours,                                                                                  December 2, 2023

*/s/ Derrick Lee Cardello-Smith*                              */s/ Patricia Lee Thompson*

DERRICK LEE CARDELLO-SMITH            PATRICIA LEE THOMPSON
#267009-PLAINTIFF IN PRO PER                   PLAINTIFF IN PRO PER
PARALEGAL-LEGAL ASSISTANT               CITIZEN-TAXPAYER-RESIDENT
PROBABLE CAUSE CONFERENCE           23751 BROWNSTOWN SQUARE
LITIGATOR-RESIDENT OF WAYNE          APT # 204
COUNTY-IONIA CORRECTIONAL            BROWNSTOWN TOWNSHIP, MI 48174
FACILITY-1576 W. BLUEWATER HWY.
IONIA, MI 48846

## ADDRESS OF ALL DEFENDANTS

PUBLIC INTEGRITY UNIT, Wayne County Prosecutors Office,-1441 St. Antoine Street, Detroit, MI 48226

JOSEPH P. JANSEN (P48906), Public Integrity Unit Officer,1441 St. Antoine Street, Detroit, MI 48226

WAYNE COUNTY BUDGET & MANAGEMENT DIVISION,-500 Griswold Street, Detroit, MI 48226

MANAGEMENT & BUDGET DIVISION OF WAYNE COUNTY,-500 Griswold Street-Detroit, MI 48226

SPECIAL OPERATIONS DIVISION OF WAYNE COUNTY,500 Griswold Street-Detroit, MI 48226

WAYNE COUNTY SHERIFFS DEPARTMENT JAIL TRANSPORTATION STAFF,2727 Woodward Avenue-48202-26

WAYNE COUNTY SHERIFFS DEPARTMENT JAIL HOUSING ADMINISTRATOR,-2727 Woodward Avenue-Detroit,MI 48202-26

WARREN C. EVANS, Executive of Wayne County-500 Griswold Street-Detroit, MI 48226

WAYNE COUNTY CORPORATION COUNSEL,-500 Griswold Street-Detroit, MI 48226

KRISTOFFER BUTLER, Wayne County Corporation Counsel,-500 Griswold Street-Detroit, MI 48226

PATRICIA PENMAN, Wayne County Sheriff's Deputy,-2727 Woodward Avenue-Detroit, MI 48226

PATRICIA PENMAN, Dearborn Height, Dearborn Police Officer,-16099 Michigan Avenue, Dearborn,MI 48126

PATRICIA PENMAN, Lead Investigator, Public Integrity Unit,-1441 St. Antoine Street-Detroit, MI 48226

PATRICIA PENMAN, Investigator for Wayne County Prosecutors Office,-1441 St. Antoine Street-Detroit, MI 48226

PATRICIA PENMAN, Coconspirator with Carli Carpenter,-1441 St. Antoine Street-Detroit, MI 48226

PATRICIA PENMAN, Payee of Money to Carli Carpenter for False Testimony,-1441 St. Antoine Street-Detroit, MI 48226

CARLI BOIKE DIPIOLA-CARPENTER, Co-Conspirator,-5615 Fairgrove Road, Fairgrove Michigan 48753

CARLI CARPENTER, Coconspirator with Patricia Penman,-5615 Fairgrove Road, Fairgrove,MI 48753

CARLI CARPENTER, Recipient of Public Funds for False Rape Testimony,-5615 Fairgrove Road, Fairgrove, MI 48753

KYM L. WORTHY (P38875), Wayne County Prosecutor-1441 St. Antoine Street-Detroit,MI 48226

KIM (KYM) L. Worthy (P38875), Director of the Public Integrity Unit,-1441 St. Antoine Street-Detroit, MI 48226

DEYANA UNIS (P91361), Assistant Wayne County Prosecutor's Office-1441 St. Antoine Street-Detroit, MI 48226

DEYANA UNIS (P81361) Assistant US Attorney,-Four Seagate-308, Toledo, OHIO 43604

## CAPACITY DEFENDANTS SUED IN

All defendants are Sued in their INDIVIDUAL AND OFFICIAL CAPACITY

## RELIEF SOUGHT

Enter damages in the amount of 100,000,000.00. One Hundred Million Dollars, and Allow this Matter to proceed to trial or any other relief this court deem necessary and appropriate.

Respectfully Yours,

_____
Mr. Derrick Lee Cardello-Smith

4.

NAME:_____
Number:_____
Address:_____
Address:_____

Mr. Derrick Lee Cardello-Smith
#267009
ICF-1576 W. Bluewater Highway
Ionia, MI 48846

Maile don 12/14/23

GRAND RAPIDS MI  493

15 DEC 2023  PM 6  L



Office of the Clerk
United States District Court-Western
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

Coffee Spilled on it

49503-230099